STATE, Plaintiff in error, vs. WARNIMONT and others, Defendants in error.

*April 3—April 28, 1936.*

For the plaintiff in error there was a brief by the *Attorney General, J. E. Messerschmidt,* assistant attorney general, *William A. Zabel,* district attorney of Milwaukee county, *Herman A. Mosher,* deputy district attorney, and *Francis A. Darnieder,* special assistant district attorney, and oral argument by *Mr. Darnieder* and *Mr. Mosher.*

*Walter H. Bender* and *George A. Burns,* both of Milwaukee, for the defendants in error Eugene Warnimont, Joseph Schoendorf, Leo Stein, F. N. Lochemes, Frank DeYoung, and Jordan Schuster.

PER CURIAM. This case was argued and submitted with the case of *State v. Kitzerow, ante,* p. 436, 267 N. W. 71, and is ruled by the decision in that case.

The order of the circuit court is affirmed.